**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 99-2549

———————

CHARYLE G. EMEL,

                              Plaintiff - Appellant,

        versus

LOUIS CALDERA, Secretary, Department of the
Army,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-99-1010-A)

———————

Submitted:  February 10, 2000      Decided:  February 15, 2000

———————

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Charyle G. Emel, Appellant Pro Se.  Joel Eric Wilson, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charyle G. Emel appeals the district court's order granting summary judgment to Appellee on her civil rights action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Emel v. Caldera, No. CA-99-1010-A (E.D. Va. Oct. 15, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED